IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-09-01492-PHX-ROS |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| Duane Hamblin Slade, et al., | |
| Defendants. | |

The Court has received and reviewed Magistrate Judge Michelle H. Burns' Report and Recommendation (Doc. 490). No objections have been filed.

Accordingly,

IT IS ORDERED adopting the Report and Recommendation (Doc. 490) of Magistrate Judge Michelle H. Burns.

IT IS FURTHER ORDERED denying Guy Williams' Motion to Dismiss (Doc. 214).

DATED this 3rd day of November, 2011.

Roslyn O. Silver
Chief United States District Judge