IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Duane Hamblin Slade, et al.,<br><br>    Defendants. | CR-09-01492-PHX-ROS<br><br>**ORDER ADOPTING**<br>**REPORT AND RECOMMENDATION** |

The Court has received and reviewed Magistrate Judge Michelle H. Burns' Report and Recommendation (Doc. 582). No objections have been filed.

Accordingly,

IT IS ORDERED adopting the Report and Recommendation (Doc. 582) of Magistrate Judge Michelle H. Burns.

IT IS FURTHER ORDERED denying without prejudice Brent Williams's Motion to Sever Trials or in the Alternative to Exclude Co-Defendant's Statements (Doc. 407).

DATED this 15th day of February, 2012.

_____
Roslyn O. Silver
Chief United States District Judge